**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Daniel Gonzalez Rodriguez v. The State of Texas

Appellate case number:   01-13-00778-CR

Trial court case number: 1380317

Trial court:             351st District Court of Harris County

On February 18, 2014, counsel for Daniel Gonzalez Rodriguez filed Appellant's First Motion for Extension of Time to File Appellant's Brief. Due to the age of this case, the motion is **GRANTED, in part**. Appellant's brief is due March 18, 2014, with no further extensions.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    ☑ Acting individually    ☐ Acting for the Court

Date: February 25, 2014